```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14813
   JOHNNY S WILSON
   ANTOINETTE M WILSON                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4459     SSN XXX-XX-6289
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/16/07 and confirmed on 10/24/07.

2. The case was dismissed after confirmation, 12/19/2008.

3. The Debtor paid a total of $ 6910.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 2571.64 | .00 | 2571.64 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 2811.15 | 230.98 | 735.71 |
| ALLEN D BLOOM MD | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF PLANO | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| H&R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10459.65 | .00 | .00 |
| NICOR GAS | UNSECURED | 462.83 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5382.79 | .00 | 10922.48 | .00 | 16305.27 |
| PRINCIPAL PAID | 3307.35 | .00 | .00 | .00 | 3307.35 |
| INTEREST PAID | 230.98 | .00 | .00 | .00 | 230.98 |
| TOTAL PAID | 3538.33 | .00 | .00 | .00 | 3538.33 |

The Debtor's attorney, JACQUELINE J MONTVILLE         , was allowed $ 3500.00 and was paid $   500.00   direct and $   3000.00  through the plan.

The Trustee received $    371.67 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/12/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 07 B 14813 JOHNNY S WILSON & ANTOINETTE M WILSON